UNITED STATES of America, Plaintiff–Appellee,

v.

Devon JACKSON, Defendant–Appellant.

No. 13–30214.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 18, 2014.*

Filed Oct. 27, 2014.

Jeffrey Backhus, Assistant U.S., Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Jerald Lee Brainin, Esquire, Los Angeles, CA, for Defendant–Appellant.

Devon Jackson, Safford, AZ, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM **

Devon Jackson appeals from the district court's judgment and challenges his guilty-plea conviction and 96–month sentence for distribution of a controlled substance, in

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and money laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jackson's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Jackson the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Jackson's conviction. We accordingly affirm his conviction.

Jackson has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Jackson's appeal as to his sentence. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.